```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3-18-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Todd Kreisler,

                              Plaintiff(s).

               -against-

City Cinemas, LLC, et al.,

                            Defendant(s).
------------------------------------------------------------X

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

13-CV-1643 (ALC)(DF)

This above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non dispositive pretrial motions and settlement)

____ Specific Non-Dispositive Motion/Dispute*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral _____

____ Settlement

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636 (c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose _____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

____ Particular Motion: _____

All such motions: _____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: 3/18/13    New York, New York

                                                 ANDREW L. CARTER, JR.
                                                 UNITED STATES DISTRICT JUDGE